UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| AMERICAN FURNITURE & MATTRESS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 2:26-cv-103 |
| BERKSHIRE HATHAWAY DIRECT INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### COMPLAINT

Plaintiff, American Furniture & Mattress LLC, by its undersigned attorneys, for its Complaint against Defendant, Berkshire Hathaway Direct Insurance Company ("Berkshire Hathaway"), states:

1.    Plaintiff, American Furniture & Mattress LLC ("American Furniture"), is an Indiana limited liability company with its principal place of business in Merrillville, Indiana.

2.    The sole member of American Furniture is Iyad Ibrahim, domiciled in Oak Lawn, Illinois.

3.    Berkshire Hathaway is a Nebraska citizen, being a Nebraska corporation with its principal place of business in Omaha, Nebraska.

4.    This Court has subject matter jurisdiction over this matter pursuant to Title 28, U.S.C. § 1332(c)(1) because there is complete diversity of citizenship of the parties and the amount in controversy exceeds $75,000.

5.    Venue is proper in this Court pursuant to Title 28, U.S.C. § 1391 because the events giving rise to its claims occurred in this judicial district. Additionally, Berkshire Hathaway does

1

business and/or transacts business in this judicial district and, therefore, it is subject to personal jurisdiction in this judicial district and resides here for venue purposes.

6. American Furniture owns and operates a furniture and mattress store out of the commercial building located at 8000 Broadway in Merrillville, Indiana ("the Building").

7. Berkshire Hathaway issued to American Furniture a businessowners insurance policy effective April 12, 2025 through April 12, 2026 ("the insurance policy"), a copy of which is attached to this Complaint as Exhibit A.

8. Under the insurance policy, Berkshire Hathaway insured American Furniture against direct physical loss or damage to American Furniture's business personal property located inside the Building unless limited or excluded.

9. On or about December 18, 2025, American Furniture's business personal property inside the Building was damaged by water that was neither limited nor excluded under the insurance policy ("the water loss").

10. American Furniture duly submitted a claim to Berkshire Hathaway for benefits under the insurance policy.

11. American Furniture has substantially performed all conditions required by the insurance policy to be performed by it, requested of it, and/or not waived by Berkshire Hathaway including, but not limited to (a) paying the premium for the insurance policy, (b) giving prompt notice of the water loss, (c) cooperating with Berkshire Hathaway in its investigation of the water loss and the subsequent claim, and (d) filing suit against Berkshire Hathaway within two years of the water loss.

12.     Although requested to do so, Berkshire Hathaway has failed and refused to pay American Furniture for the water damage to its business personal property inside the Building, which failure and refusal constitutes a breach of the insurance policy.

13.     This breach of the insurance policy was and is the direct and proximate cause of damage to American Furniture in an amount in excess of $75,000.

WHEREFORE, Plaintiff, American Furniture & Mattress LLC, prays for judgment in its favor and against Defendant, Berkshire Hathaway Direct Insurance Company, in an amount in excess of $75,000, plus prejudgment interest and costs.

**Plaintiff demands a trial by jury.**

/s/ Edward Eshoo, Jr.
Edward Eshoo, Jr.
Christina M. Phillips
MERLIN LAW GROUP
181 West Madison, Suite 3475
Chicago, Illinois 60602
Telephone: (312) 260-0806
Facsimile: (312) 260-0808
eeshoo@merlinlawgroup.com
cphillips@merlinlawgroup.com
Attorneys for Plaintiff